ACCEPTED
04-15-00378-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/20/2015 5:40:27 PM
KEITH HOTTLE
CLERK

NO. 04-15-00378-CR

FOURTH COURT OF APPEALS

SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

10/20/15 5:40:27 PM

KEITH E. HOTTLE
Clerk

EDWARD JOHN MORENO, JR.
Appellant

VS.

THE STATE OF TEXAS
Appellee

Appealed From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 441613
The Honorable Tommy Stolhandske, Judge Presiding

# APPELLANT'S SECOND REQUEST TO EXTEND TIME TO FILE APPELLATE BRIEF

Fernando Cortés
SBN: 04844580
fcortes00@gmail.com
100 N. Santa Rosa, #824
San Antonio, Texas 78207
ATTORNEY FOR APPELLANT

October 20, 2015

NO. 04-05-00378-CR

| EDWARD JOHN MORENO, JR. | § | FOURTH COURT OF APPEALS |
| Appellant | § | |
| | § | |
| V. | § | SAN ANTONIO |
| | § | |
| THE STATE OF TEXAS, | § | |
| Appellee | § | BEXAR COUNTY, TEXAS |

# SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLATE BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Comes now EDWARD JOHN MORENO, JR., Appellant, and files this motion for an extension of 10 days in which to file the Appellate Brief. In support of this motion, appellant shows the court the following:

I

The appellant was convicted on June 11, 2015, in County Court No. 11, Bexar County, Texas, of the offense of driving while intoxicated in Cause No. 441613, styled State of Texas v. Edward John Moreno, Jr.. The appellant was assessed a punishment at confinement in the County Jail, and such sentence being probated.

II

The notice of appeal was timely filed.

III

The deadline for filing the appeal with the Fourth Court of Appeals is October 21, 2015. The Appellant has once previously requested an extension prior to this request.

IV

On October 16, 2015, I received and learned of the opinion issued by the Fourth Court of Appeals on 04-15-00111-CR, wherein I was trial counsel. I assisted in the appeal of this referenced cause and was overwhelmed by the

opinion affirming the trial court. The present issue being appealed involves an issue of first impression. There is no Texas case law supporting or addressing my arguments in this appeal. I believe an extension of time would permit counsel to competently be thorough in briefing a difficult issue of first impression.

V

The Defendant is being solely represented by counsel on this appeal. Due to an appellate issue of first impression, the complexity of the legal issues involved, and other complex cases counsel has been and is involved with, counsel was not able to adequately prepare the appellate brief in the allotted time period. Thus, counsel finds it necessary to request an extension of 10 days to adequately discharge his responsibilities to Appellant.

WHEREFORE, Respondent prays the court grant this motion and extend the deadline for filing the appellate brief to October 31, 2015.

Respectfully submitted,

Fernando Cortés
SBN: 04844580
100 N. Santa Rosa, #824
San Antonio, Texas 78207
(210) 381-0000
fcortes00@gmail.com
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the above-entitled and numbered motion has been delivered, to the Court of Criminal Appeals, Travis County, Texas, the State's Prosecuting Attorney, and the District Attorney for Bexar County, on October 20 , 2015.

Fernando Cortés
Attorney for Appellant

## NO. 04-15-00378-CR

| | | |
|---|---|---|
| EDWARD JOHN MORENO, JR.<br>Appellant | §<br>§<br>§ | FOURTH COURT OF APPEALS |
| V. | §<br>§ | SAN ANTONIO |
| THE STATE OF TEXAS,<br>Appellee | §<br>§<br>§ | BEXAR COUNTY, TEXAS |

# COUNSEL'S AFFIDAVIT ON EXTENSION OF TIME TO FILE APPELLATE BRIEF

BEFORE ME, the undersigned authority, on this day personally appeared Fernando Cortés, who after being duly sworn stated as follows:

"On October ~~August 26~~ 16, 2015, I received and learned of the opinion issued by the Fourth Court of Appeals on 04-15-00111-CR, wherein I was trial counsel. I assisted in the appeal of this referenced cause and was overwhelmed by the opinion affirming the trial court. The present issue being appealed involves an issue of first impression. There is no Texas case law supporting or addressing my arguments in this appeal. I believe an extension of time would permit counsel to competently be thorough in briefing a difficult issue of first impression.

Thus, counsel finds it necessary to request an extension of 10 days to adequately discharge his responsibilities to Appellant."

_____
Fernando Cortés, Affiant

## ACKNOWLEDGMENT

SUBSCRIBED AND SWORN TO BEFORE ME on ~~September~~ October 20th, 2015.

CORINE CASAS
Notary Public, State of Texas
My Commission Expires
January 05, 2016

_____
Notary Public, State of Texas

NO. 04-15-00378-CR

| EDWARD JOHN MORENO, JR. | § | FOURTH COURT OF APPEALS |
| Appellant | § | |
| | § | |
| V. | § | SAN ANTONIO |
| | § | |
| | § | |
| THE STATE OF TEXAS, | § | |
| Appellee | § | BEXAR COUNTY, TEXAS |

# <u>ORDER</u>

On _____, 2015, came to be heard Appellant's Motion for Extension of Time to File Appellate Brief, and it appears to the court that this motion should be granted.

IT IS THEREFORE ORDERED that the time for filing the Appellate Brief be extended to _____, 2015.


_____
JUDGE PRESIDING